**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | |
| **VALENTIN MORALES CAMACHO** | * | **CASE NUMBER: 08-07116 ESL** |
| | * | |
| | * | |
| **Debtor(s)** | * | **CHAPTER 13 (ASSET CASE)** |
| | * | |

******************************

**MOTION INFORMING CORRECT DEBTOR'S RESIDENTIAL ADDRESS**

**TO THE HONORABLE COURT:**

**COME(S)** now Debtor(s) represented by the undersigned counsel and respectfully Allege(s) and Pray(s) as follows:

1. In Order to clarify that the new residential address of debtor is: **6826 Calle Violeta, Sabana Seca, PR 00952-4364.**

**WHEREFORE,** it is respectfully requested from this Honorable Court to take notice of the aforementioned and for all notices to be forward to the above mentioned address.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all CM/ECF participants and to the following: Chapter 13 Trustee **Jose R. Carrion, Esq.,** US Trustee **Monsita Lecaroz Arribas** and I hereby certify that I have mailed by regular mail to all creditors listed on the Master Address List.

In San Juan, Puerto Rico, this 9th, day of December, 2008.

**RESPECTFULLY SUBMITTED.**

**/s/MARILYN VALDES ORTEGA**

MARILYN VALDES ORTEGA
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144

Label Matrix for local noticing
0104-3
Case 08-07116-ESL13
District of Puerto Rico
Old San Juan
Mon Dec 8 14:40:36 AST 2008

BANCO BILBAO VIZCAYA
ANGEL VAZQUEZ BAUZA ESQ
PO BOX 191017
SAN JUAN, PR 00919-1017

Coop. A/C Gerenciales AEE
1200 Ave. Ponce de Leon
San Juan, PR 00907-3918

RECOVERY MANAGEMENT SYSTEMS CORP
ATTN RAMESH SINGH
25 SE 2ND AVE STE 1120
MIAMI, FL 33131-1605

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AMERICAN EXPRESS
PO BOX 981537
EL PASO, TX 79998-1537

BANCO BILBAO VIZCAYA
PO BOX 364745
SAN JUAN, PR 00936-4745

BANCO BILBAO VIZCAYA ARG
ANGEL M VAZQUEZ BAUZA
PO BOX 191017
SAN JUAN PR 00919-1017

CALVARY PORTFOLIO SERVICES
ATT BANKRUPTCY DEPARTMENT
PO BOX 1017
HAWTHORNE, NY 10532-7504

CHASE TAX RELATED PRODUCTS GROUPS
RAL DIVISION
PO BOX 1250
WORTHINGTON OH 43085-1250

COOP A/C EMPLEADOS AEE
PO BOX 9061
SAN JUAN, PR 00908-0061

COOP A/C SANTA ISABEL
PO BOX 812
SANTA ISABEL, PR 00757-0812

Coop. A/C Gereciales AEE
1200 Ave. Ponce de Leon
San Juan, PR 00907-3918

Coop. A/C Gerenciales de AEE
1200 Ave. Ponce de Leon
San Juan, PR 00907-3918

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR 00902-4140

DEPARTAMENTO DEL TRABAJO
AVE. MUOZ RIVERA 505
HATO REY, PR 00918-3352

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR 00902-0192

GC SERVICES LIMITED PARTNERSHIP
PO BOX 47455
JACKSONVILLE, FL 32247-7455

GE Consumer Finance
For GE Money Bank
dba CARCARE ONE INDEPENDENT/GEMB
PO Box 960061
Orlando FL 32896-0061

GE MONEY BANK
PO BOX 960004
ORLANDO, FL 32896-0004

GEREN-COOP
1200 AVE PONCE DE LEON
SAN JUAN, PR 00907-3918

ISLAND FINANCE
130 EXP. MARTINEZ NADAL 103
GUAYNABO, PR 00969

RADIO SHACK
PROCESSING CENTER
DES MOINES, IA 50364-0001

RELIABLE FINANCIAL SERVICES
PO BOX 21382
SAN JUAN, PR 00928-1382

SANTANDER FINANCIAL SERVICES D/B/A ISLAND FI
C/O LIGIA RIVERA BUJOSA
PO BOX 7011
PONCE PR 00732-7011

SIST DE RETIRO EMPLMPLEADOS AEE
PO BOX 13978
SAN JUAN, PR 00908-3978

SPRINT
PO BOX 105243
ATLANTA, GA 30348-5243

VICTOR M. ALICEA RIVERA
CALLE CARMEN #3381
LEVITTOWN
TOA BAJA, PR 00949-3132

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MARILYN VALDES ORTEGA
VALDES-ORTEGA
P O BOX 195596
SAN JUAN, PR 00919-5596

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901-1938

VALENTIN MORALES CAMACHO
HC65 BUZON 6301
BO LOS POLLOS
PATILLAS, PR 00723-9341

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)MORALES CAMACHO, VALENTIN
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

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 31 |
| Bypassed recipients | 1 |
| Total | 32 |